# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR, III,<br><br>Plaintiff,<br><br>v.<br><br>SALLY BEAUTY SUPPLY LLC, et al.<br><br>Defendants. | Case No. 1:20-cv-00570-EPG<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER**<br><br>**THIRTY (30) DAY DEADLINE** |

On March 16, 2020, Plaintiff, David Sabino Quair, III, proceeding *pro se*, initiated this action by filing a Complaint. (ECF No. 1.) Plaintiff has neither paid the $400.00 filing fee for this action, nor submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to provide Plaintiff with a copy of the Application to Proceed In Forma Pauperis by a Prisoner.

2. **Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, he shall pay the $400 filing fee for this action. No requests for extension will be

1

granted without a showing of good cause. **If Plaintiff fails to comply with this order, the Court will recommend dismissal of this action, with prejudice, for failure to prosecute and failure to obey a court order**.

IT IS SO ORDERED.

Dated: __**March 20, 2020**__  /s/ *Erin P. Gross*
UNITED STATES MAGISTRATE JUDGE