UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR, III,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SALLY BEAUTY SUPPLY LLC, et al.,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00570-EPG (PC)<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, ASSIGN A DISTRICT JUDGE, AND ISSUE ALL APPLICABLE STANDING ORDERS, SCHEDULING ORDERS, AND PROCESS |

This case was filed on March 16, 2020, by plaintiff David Quair, III, a prisoner proceeding *pro se*. The action was inadvertently designated at opening as a prisoner conditions-of-confinement case.

Therefore, the Clerk's Office is HEREBY DIRECTED to:

1. Re-designate this action as a 440 civil action;

2. Assign a district judge to this case; and

3. Issue all applicable standing orders, scheduling orders, and process.

IT IS SO ORDERED.

　Dated: **March 23, 2020**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE