UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR, III, <br><br> Plaintiff, <br><br> v. <br><br> SALLY BEAUTY SUPPLY LLC, et al. <br><br> Defendants. | Case No. 1:20-cv-00570-NONE-EPG <br><br> **FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED, WITHOUT PREJUDICE** <br><br> **OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN (14) DAYS** |

On March 16, 2020, Plaintiff, David Sabino Quair, III, proceeding pro se, initiated this action by filing a Complaint. (ECF No. 1.) Plaintiff did not pay a filing fee. Thus, on March 23, 2020., the Court entered an order directing Plaintiff to either submit an application to proceed *in forma pauperis* or pay the $400 filing fee within thirty days of the date the order was served on Plaintiff. (ECF No. 5.)

The thirty-day period has expired and Plaintiff has failed to pay the filing fee, submit an application to proceed *in forma pauperis*, or otherwise respond to the Court's order.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. This action be dismissed, without prejudice, for Plaintiff's failure to pay the filing fee pursuant to 28 U.S.C. § 1914 or to file an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915; and

1

1    2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **June 9, 2020**       /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE