UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SABINO QUAIR, III,<br><br>Plaintiff,<br><br>v.<br><br>SALLY BEAUTY SUPPLY LLC, et al.,<br><br>Defendants. | Case No. 1:20-cv-00570-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 12) |

On June 19, 2020, Plaintiff, David Sabino Quair, III, filed a notice of voluntary dismissal of entire action without prejudice. (ECF No. 12.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  **June 22, 2020**                         /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1